UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED

2003 OCT 30  A 11: 11

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HANDY & HARMAN REFINING ) | Case No. 00-20845 (RLK) |
| GROUP, INC. and ATTLEBORO ) | Case No. 00-20846 (RLK) |
| REFINING COMPANY, INC., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| COEUR d'ALENE MINES CORP., ) | |
| ) | |
| Appellant ) | No. 3:00CV1265(DJS) |
| ) | |
| v. ) | |
| ) | |
| HANDY & HARMAN REFINING ) | |
| GROUP, INC., ET AL., ) | |
| ) | |
| Appellees. ) | |
| ) | |

**CORRECTION RE: DISMISSAL OF APPEALS
OF COEUR D'ALENE MINES CORPORATION**

On May 20, 2003, the undersigned filed a stipulation of dismissal in Case Nos. 3:00CV1261 & 3:00CV1265 that stipulation erroneously identified this matter as Case No. 1254. Please note that it was the intention of the parties to mark the above-styled Bankruptcy appeal as dismissed with prejudice

Respectfully Submitted,

**COEUR D'ALENE MINES CORP.**

Anthony S. Novak, [ct09074]
Chorches & Novak, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109
860-257-1980

_[signature]_
_____
Patrick J. Kearney, Esq., [ct 20830]
Selzer Gurvitch Rabin & Obecny, Chartered
4416 East West Highway, Fourth Floor
Bethesda, MD 20814
301-986-9600

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HANDY & HARMAN REFINING ) | Case No. 00-20845 (RLK) |
| GROUP, INC. and ATTLEBORO ) | Case No. 00-20846 (RLK) |
| REFINING COMPANY, INC., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| COEUR d'ALENE MINES CORP., ) | |
| ) | |
| Appellant ) | No. 3:00CV1265(DJS) |
| ) | |
| v. ) | |
| ) | |
| HANDY & HARMAN REFINING ) | |
| GROUP, INC., ET AL., ) | |
| ) | |
| Appellees. ) | |

**CERTIFICATION OF SERVICE**

This is to certify that copies of the foregoing were sent on the 29 day of OCT. 2003, via United States Mail, postage prepaid, to the parties listed below.

        Gregory W. Nye, Esq.
        Susan Kim, Esquire
        Bingham Dana LLP
        One State Street
        Hartford, CT 06103

        Harold S. Novikoff, Esq.
        Douglas K. Mayer, Esq.
        Wachtell, Lipton, Rosen & Katz
        51 West 52nd Street
        New York, NY 10019

        Ann M. Nevins, Esq.
        U.S. Attorney's Office
        915 Lafayette Blvd.
        Bridgeport, CT 06604

Jed Horwitt, Esq.
Stephen Kindseth, Esq.
Zeisler and Zeisler
558 Clinton Avenue
Bridgeport, CT 06605

Patricia Beary, Esq.
Carol A. Felicetta, Esq.
Office of the U. S. Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016

_____
Anthony S. Novak