UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**In Re:**

| | |
|---|---|
| **HANDY & HARMAN REFINING GROUP, INC., ET AL** | : |
| Debtors | |
| | : CIVIL NO.: 3:00cv1265(DJS) |
| **COEUR D'ALENE MINES CORP.** | : |
| Appellant | |
| v. | |
| **HANDY & HARMAN REFINING GROUP, INC., ET AL** | : |
| Defendants | |

### ORDER

The Appellant's Correction Re: Dismissal of Appeals of Coeur D'Alene Mines Corporation (Doc. #31) is hereby **GRANTED. The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __6th__ day of November, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge